Case 7:21-cv-10425-KMK   Document 40   Filed 04/18/22   Page 1 of 1

 **Clark Hill**

# MEMO ENDORSED

Boris Brownstein
T (609) 785-2923
F (609) 785-2999
Email: BBrownstein@ClarkHill.com

Clark Hill
210 Carnegie Center, Suite 102
Princeton, NJ 08540
T (609) 785-2968
F (609) 785-2999

April 18, 2022

The Hon. Kenneth M. Karas
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150
*Via ECF*

Re:   Goldberger v. TransUnion, LLC et al
      Civil Action No.: 7:21-cv-10425-KMK

Dear Judge Karas:

Clark Hill represents Defendant Equifax Information Services LLC ("Equifax"). An Initial Conference is presently scheduled to be held at 11:00 AM on April 26 2022, before Your Honor. The undersigned submits this letter motion on behalf of Equifax to request that the Initial Conference be rescheduled to another date convenient for the Court. Of note, at least one of the counsel for the defendants is not available on the following dates: 4/28, 4/29, 5/19, 5/25, and 5/26. This is a first such request. Plaintiff's counsel has consented to this request for adjournment.

I thank the Court for the consideration of the within the request.

Sincerely,

CLARK HILL PLC

/s/ Boris Brownstein

*Granted. The teleconference will go forward on Thursday 5/12/2022 at 10:00 AM*

cc:   All counsel of record (via ECF)

SO ORDERED

KENNETH M. KARAS U.S.D.J.

4/19/2022

clarkhill.com